UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV12-7541-CAS (FFMx) | Date | March 8, 2013 |
|---|---|---|---|
| Title | KITTY TEXTILE, ET AL. v. UNITED STATES OF AMERICA, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants

Not present  Not present

**Proceedings:**   **(IN CHAMBERS): ORDER DISMISSING CASE FOR FAILURE TO AMEND COMPLAINT**

On September 4, 2012, plaintiffs Kitty Textile, Inc. ("KTI") and Ji Shan Jin filed suit against defendants David Douglas, Eric Holder, Eddie Hout, Irene Martin, Alejandro Mayorkas, Janet Napolitano, Christina Poulos, and the United States of America.[1] Plaintiff Jin, a citizen of the People's Republic of China, seeks to overturn the decision of the United States Customs and Immigration Service ("USCIS") that denied her petitions to adjust status to that of a alien lawfully admitted for permanent residence.

On February 4, 2013, the Court granted defendants' motion to dismiss for failure to state a claim without prejudice and provided plaintiff with thirty days in which to file an amended complaint. Dkt. No. 14. Plaintiff failed to do so before the deadline. Accordingly, the Court hereby DISMISSES this case WITH PREJUDICE.

IT IS SO ORDERED.

00  :  00
Initials of Preparer   CMJ

---

[1] The various government officials are named as defendants in their official capacity.